to the Court of Appeals of the District of Columbia denied. *Mr. Charles H. Duell* and *Mr. C. E. Littlefield* for petitioner. *Mr. Philip Mauro* for respondent.

---

No. 568. CONTINENTAL PAPER BAG COMPANY, PETITIONER, *v.* EASTERN PAPER BAG COMPANY. March 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit granted. *Mr. Albert H. Walker* for petitioner. *Mr. Samuel R. Betts* and *Mr. Francis T. Chambers* for respondent.

---

No. 602. T. M. ANGLE, PETITIONER, *v.* THE UNITED STATES. March 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George E. Hamilton* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 624. FREDERICK W. WARD, PETITIONER, *v.* JOHN B. HART, TRUSTEE, ET AL. · March 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. V. B. Archer* for petitioner. No appearance for respondents.

---

No. 632. LUIGI GANDOLFI ET AL., PETITIONERS, *v.* ALFREDO C. SIEGERT, as surviving partner, etc. March 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edmund Wetmore* and *Mr. John Brooks Leavitt* for petitioners. *Mr. Edward B. Whitney* for respondent.